UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

In re:                                                                  Chapter 7

BOAZ BAGBAG,                                                            Case No. 08-12667 (MEW)

                                Debtor.

-----------------------------------------------------------------------X

SUMMA CAPITAL CORP.,                                                    Adv. Proc. No. 20-1185
                                                                        (MEW)
       Plaintiff,
v.

BOAZ BAGBAG,

       Defendant.
-----------------------------------------------------------------------X

## MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

On June 24, 2021, Boaz Bagbag, the appellant herein, filed a Notice of Appeal in the United States Bankruptcy Court for the Southern District of New York. The appeal was docketed in this Court on May 20, 2021.

Pursuant to the provisions of Rule 41 of the Federal Rules of Civil Procedure and Rule 8023 of the Federal Rules of Bankruptcy Procedure, the undersigned, who are all of the parties to the above-entitled appeal, herein stipulate and agree that this appeal shall be dismissed. The undersigned further stipulate and agree that the costs on appeal shall be paid as follows: both parties each shall bear their own costs.

Dated: July 7, 2021

                                      Respectfully Submitted,

                                      ABRAMS, FENSTERMAN, FENSTERMAN,
                                      EISMAN, FORMATO, FERRARA, WOLF &
                                      CARONE, LLP

                                      By: /s/ Christopher Gorman
                                           Christopher Gorman, Esq.
                                           3 Dakota Drive, Suite 300
                                           Lake Success, New York 11042
                                           (516) 328-2300
                                           cgorman@abramslaw.com
                                           *Co-Counsel for Appellant Boaz Bagbag*

DAVID BOLTON, P.C.

By: /s/ David Bolton
    David Bolton, Esq.
    666 Old County Road
    Suite 509
    Garden City, New York 11530
    (516) 222-0600
    Facsimile: (516) 222-1110
    dbolton@dboltonlaw.com
    *Co-Counsel for Appellee Summa Capital Corp.*